Case 2:23-cv-00061-TBM-RPM   Document 1   Filed 04/27/23   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
Apr 27 2023
ARTHUR JOHNSTON, CLERK

2:23-cv-61-TBM-RPM

Date - 4-25-2023

Frederick Allen -VS- Forrest county jail.

On grounds of civil action or dismissed of case. or bond reduction.

I Frederick Allen have been in Forrest county for 14 months with out a bond reduction my arrest date is Jan 6th 2022 so I am whitting circuit courts of Hattiesburg M.S. In regards of not getting a bond reduction every 30 days. By my due process and the lack of legal process here my rights where violated. By laws in the state of M.S. this should have been and/or be grounds for a bond reduction or a civil and/or fediral suit, with dismissed of pending case

Sincerly submitted.

Frederick Allen