## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**FREDERICK ALLEN**                                                                  **PETITIONER**

**v.**                      **CIVIL ACTION NO. 2:23-cv-61-TBM-RPM**

**FORREST COUNTY JAIL**                                          **RESPONDENT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 31st day of January, 2024.

                                               TAYLOR B. MCNEEL
                                               UNITED STATES DISTRICT JUDGE